IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DEWAYNE HAYNES,

    Petitioner,               No. CIV S-06-2767 LKK DAD P

    vs.

THOMAS L. CAREY, Warden, et al.,

    Respondents.            <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and has paid the filing fee.

        Upon the filing of a habeas petition, the district court must examine the pleading to determine whether the respondents should be ordered to file an answer, a motion, or some other response. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.

        Under the Federal Rules Governing § 2254 Cases in the United States District Courts, "[a] petitioner who seeks relief from judgments of more than one state court must file a separate petition covering the judgment or judgments of each court." Rule 2(e), Fed. R. Governing § 2254 Cases. In the petition filed in this case, petitioner seeks relief both from a judgment of conviction entered by the San Joaquin County Superior Court on May 4, 2001, and a judgment of conviction entered by the Placer County Superior Court on July 29, 2002. Although

1

the California Court of Appeal appears to have consolidated two state habeas petitions filed by petitioner after the San Joaquin County Superior Court denied habeas relief on April 28, 2004, and the Placer County Superior Court denied habeas relief on April 28, 2005, that consolidation does not alter the fact that petitioner is attacking the judgments of more than one state court.

Petitioner must seek federal relief from his two convictions in separate petitions filed in separate cases. The petition in this case will be dismissed with leave to file an amended petition attacking only one of the two convictions. The amended petition filed in this case must be labeled "Amended Petition" at the top of the form, and petitioner must include the case number for this action in the space designated on the form for case number. The other conviction must be challenged in a separate petition presented for filing as a new case. The separate petition must not be labeled "Amended Petition" and must be submitted with the required filing fee or an application to proceed in forma pauperis. The amended petition to be filed in this case and the new petition to be filed as a new case should not be mailed to the court in the same envelope.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The habeas petition filed in this case on December 7, 2006, is dismissed with leave to amend;

2. Petitioner is granted thirty days from the date of this order to file an amended petition seeking relief from the judgment of one state court; the amended petition shall be labeled "Amended Petition" and shall include the case number assigned to this action; and

3. The Clerk of the Court is directed to send petitioner two copies of the form petition for writ of habeas corpus for use by a person in state custody.

DATED: December 13, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
hayn2767.115

2