IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DEWAYNE HAYNES,

    Petitioner,                    No. CIV S-06-2767 LKK DAD P

    vs.

THOMAS L. CAREY, Warden, et al.,

    Respondents.             ORDER

_____/

      Petitioner has requested "a thirty-day enlargement of time in which to prepare two separate writ of habeas corpus in this action."

      By the court's order filed December 14, 2006, petitioner has been directed to file an amended petition in which he attacks only one of the two convictions challenged in the habeas petition filed in this action on December 8, 2006. Petitioner has been advised that one of his two convictions must be attacked in a separate petition submitted for filing as a new action.

      Petitioner will not be granted an enlargement of time to file two separate petitions in this action, and the court cannot grant petitioner an enlargement of time to file a new action in which he challenges one of his two convictions. Petitioner delays the filing his new action at his own peril.

/////

1

IT IS ORDERED that:

1. Petitioner's January 11, 2007 request for enlargement of time is granted in part; and

2. Petitioner is granted thirty days from the date of this order in which to file an amended petition in this action pursuant to the court's December 14, 2006 order; no other extension of time is granted by this order.

DATED: January 19, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
hayn2767.111

2