IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DEWAYNE HAYNES,

    Petitioner,               No. CIV S-06-2767 LKK DAD P

   vs.

THOMAS L. CAREY, Warden, et al.,

    Respondents.         ORDER

_____/

        Petitioner is a state prisoner proceeding pro se.  Pursuant to this court's order, petitioner has filed an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has also paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        Petitioner has requested the appointment of counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

/////

1

1  § 2254 Cases. In the present case, the court does not find that the interests of justice require the
2  appointment of counsel at the present time.
3     Finally, petitioner has requested an evidentiary hearing on all legal issues in the
4  petition. Petitioner's request for an evidentiary hearing is premature. The court will consider
5  whether an evidentiary hearing is required after the record is complete. See Rule 8, Fed. R.
6  Governing § 2254 Cases. Therefore, petitioner's request for an evidentiary hearing will be
7  denied
8     In accordance with the above, IT IS HEREBY ORDERED that:
9     1. Respondents are directed to file a response to petitioner's February 16, 2007
10 amended application within thirty days from the date of this order. See Rule 4, Fed. R.
11 Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other
12 documents relevant to the determination of the issues presented in the application. See Rule 5,
13 Fed. R. Governing § 2254 Cases;
14    2. Petitioner's reply, if any, shall be filed and served within thirty days of service
15 of an answer;
16    3. If the response to petitioner's application is a motion, petitioner's opposition or
17 statement of non-opposition shall be filed and served within thirty days of service of the motion,
18 and respondents' reply, if any, shall be filed within fifteen days thereafter;
19    4. The Clerk of the Court shall serve a copy of this order together with a copy of
20 petitioner's amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254
21 (docket #7) on Michael Patrick Farrell, Senior Assistant Attorney General;
22    5. Petitioner's February 16, 2007 request for appointment of counsel is denied;
23 and
24 /////
25 /////
26 /////

1  6. Petitioner's February 16, 2007 request for an evidentiary hearing is denied.

2  DATED: March 14, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:bb
hayn2767.100f.110