IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEWAYNE HAYNES,<br><br>                    Petitioner,<br><br>     v.<br><br>THOMAS L. CAREY, Warden, et al.,<br><br>                    Respondent. | CIV S-06-2767 LKK DAD P<br><br>**ORDER** |

Respondent has requested a thirty-day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING, Respondent's April 13, 2007 request for an extension of time is granted to and including May 14, 2007, in which to file a response to the petition for writ of habeas corpus.

DATED: April 16, 2007.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/hayn2767.111resp