IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DEWAYNE HAYES,

      Petitioner,                       No. CIV S-06-2767 LKK DAD P

    vs.

THOMAS L. CAREY, Warden,

      Respondent.                   <u>ORDER</u>

          Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgment was entered in this case on March 25, 2008, and this matter is currently on appeal to the United States Court of Appeals for the Ninth Circuit. On May 19, 2009, petitioner filed a motion for appointment of counsel with this court. Given the posture of the case, the court will deny petitioner's motion without prejudice to its renewal before the Ninth Circuit Court of Appeals. Accordingly, IT IS HEREBY ORDERED that petitioner's May 19, 2009 motion for appointment of counsel (Doc. No. 28) is denied without prejudice to its renewal in the Ninth Circuit Court of Appeals.

DATED: June 3, 2009.

DAD:9
hayn2767.110app

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE